The People of the State of New York, Respondent,
against
Jasmine Jerkins, t/n Jasmine Jenkins, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (ShawnDya L. Simpson, J.), rendered June 14, 2011, after nonjury trial, convicting her of attempted assault in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (ShawnDya L. Simpson, J.), rendered June 14, 2011, affirmed.
The trial court properly admitted into evidence, under the present sense impression exception to the hearsay rule, the audiotape of two telephone calls made by the victim to the 911 emergency number (see People v Buie, 86 NY2d 501, 512 [1995]). The victim was clearly describing events unfolding before her (see People v Vasquez, 88 NY2d 561, 575-577 [1996]): in the first call, the victim stated that defendant was in front of the victim's window "right now" making threats against her; in the second call, the victim stated that defendant was "banging on [the victim's] front door." The calls were sufficiently corroborated by the testimony at trial of the victim (see People v Buie, 86 NY2d at 512), "giving the defendant the opportunity to verify and test the statements' trustworthiness as an added assurance of reliability" (People v Robinson, 282 AD2d 75, 82 [2001]; see People v Taylor, 142 AD3d 465, 466 [2016]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: October 17, 2016